**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MONTHER EJAK,
ALIEN # A029-382-673,**

    **Petitioner,**

vs.                                       **Case No. 4:10cv410-MP/WCS**

**ERIC H. HOLDER, JR.,
JANET NAPOLITANO,
MICHAEL ROZOS,
DAVID HARVEY,
and the DEPARTMENT OF
HOMELAND SECURITY et al.,**

    **Respondents.**

                              /

## ORDER AND REPORT AND RECOMMENDATION

This case was initiated on September 20, 2010, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Service was directed, doc. 9, and Respondents have filed a motion to dismiss for lack of jurisdiction. Doc. 17. Respondents state that Petitioner, who is *pro se,* in this § 2241 action, was released from custody on December 9, 2010. Doc. 17. Because Petitioner has been released, which is the relief sought, Respondents contend the petition is moot and should be dismissed.

Respondents served the motion on Petitioner at an address in Tampa, Florida. Doc. 17, p. 3. Attached to the motion is an exhibit containing Petitioner's release notification with proof of service on Petitioner, and the Order of Supervision. Doc. 17-1. That document provides the same address for Petitioner in Tampa. Doc. 17-1, p. 5.

The habeas petition filed by Petitioner challenged Petitioner's indefinite detention by Respondents. Doc. 1. Petitioner is a native and citizen of Israel and claims that Respondents are unable to effect his removal and were holding him indefinitely. *Id.* Petitioner sought release from detention only. *Id., at 8.* Therefore, because Petitioner has been afforded the relief he sought, release from detention, this § 2241 petition should now be dismissed as moot.

Petitioner's address of record is the Wakulla County Jail. Petitioner has not notified this Court of his release, presumably, because he has abandoned this litigation in light of his release. Nevertheless, Petitioner will be provided this Order and Report and Recommendation at the address provided by Respondents. If Petitioner does not contest this dismissal, he need not take any further action. Petitioner shall have until **February 10, 2011,** in which to file any opposition to this report and recommendation. If nothing is received, the case will be dismissed.

**ORDER**

Accordingly, it is

**ORDERED:**

1. The Clerk shall provide a copy of this Order and Report and Recommendation to Petitioner at his the address listed in the Order of Supervision: 8405 Bottom Woods, Apartment 303, Tampa, Florida 33637. Doc. 17-1, p. 5.

2. Petitioner shall have until **February 10, 2011**, to submit any opposition to the recommendation to dismiss this § 2241 petition as moot.

**REPORT AND RECOMMENDATION**

In light of the showing made by Respondents, doc. 17, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Monther Ejak be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 19, 2011.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**