IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MONTHER EJAK,

    Petitioner,

v.                                  CASE NO. 4:10-cv-00410-MP  -WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER, JR, JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

# O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation, recommending that this matter be dismissed as moot, since petitioner has been released. The time for filing objections has passed, and none have been filed. The Court agrees that the matter has become moot and that petitioner has abandoned this case by failing to keep the Court apprised of his current address. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed.

**DONE AND ORDERED** this *17th* day of May, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge